| Case | Docket | Date | Judge | Disposition |
|---|---|---|---|---|
| Christlieb v. State | 48A04–1604–CR–930 | 12/05/2016 | BROWN, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Shaw v. State | 48A02–1512–CR–2051 | 12/05/2016 | ROBB, J. | Dismissed |
| | | | MATHIAS, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Thompson v. State | 49A02–1602–CR–400 | 12/05/2016 | FRIEDLANDER, Sr.J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | MATHIAS, J. | Concurs |
| K.S., In re | 09A04–1604–JC–872 | 12/05/2016 | ROBB, J. | Reversed and Remanded |
| | | | MATHIAS, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Sweeney v. Long | 49A05–1602–CT–425 | 12/06/2016 | FRIEDLANDER, Sr.J. | We grant the rehearing for the limited purpose of clarifying the original decision in this matter, but otherwise reaffirm the |

| | | | | decision reached in our original opinion |
|---|---|---|---|---|
| | | | MATHIAS, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Scott v. State ................. | 48A05–1605–CR–1152 | 12/06/2016 | BRADFORD, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | BROWN, J. | Concurs |
| Terry v. State ................. | 11A05–1605–CR–1010 | 12/06/2016 | BRADFORD, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | BROWN, J. | Concurs |
| Ryle v. State ................... | 48A02–1603–CR–594 | 12/06/2016 | BARTEAU, Sr.J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | BARNES, J. | Concurs |
| R.P., In re .................... | 48A02–1603–JT–482 | 12/07/2016 | ROBB, J. | Affirmed |
| | | | MATHIAS, J. | Concurs |
| | | | BROWN, J. | Dissents with Separate opinion |
| Smith v. State ................ | 49A02–1603–CR–656 | 12/07/2016 | CRONE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| McCullagh v. State ............ | 59A01–1604–CR–735 | 12/07/2016 | ROBB, J. | Affirmed in part, Reversed in part, and Remanded |
| | | | MATHIAS, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Robinson v. State ............. | 12A02–1603–PC–481 | 12/07/2016 | CRONE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Schini v. State ................ | 30A01–1603–CR–418 | 12/07/2016 | ROBB, J. | Affirmed |
| | | | MATHIAS, J. | Concurs |
| | | | BROWN, J. | Dissents with Separate opinion |